UNITED STATES DISTRICT COURT
for the Western District of Arkansas

U.S. DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

AUG 14 2012

CHRIS R. JOHNSON, Clerk
By

Deputy Clerk

| | | |
|---|---|---|
| **BOBBY G. LOTT** | ) | |
| **Plaintiff** | ) | |
| | ) | |
| **VS.** | ) | Civil Action No. 12-4097 |
| | ) | |
| **JOHN DERENIOWSKI and** | ) | |
| **APPLEBY TRANSPORTATION, LTD.** | ) | |
| **Defendants** | | |

## PLAINTIFF'S ORIGINAL COMPLAINT AND JURY DEMAND

### TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, BOBBY G. LOTT, Plaintiff by and through his attorney of record, FLINT & SOYARS, P.C., complaining of Defendants JOHN DERENIOWSKI and APPLEBY TRANSPORTATION, LTD. and for purposes of his Complaint would respectfully show the Court and Jury as follows:

1. Plaintiff BOBBY G. LOTT is a resident of Texarkana, Bowie County, Texas.

2. Defendant JOHN DERENIOWSKI is a resident of Smithville, Ontario. Service of process may be made on this defendant through his employer's registered agent, Stephen Smith, 1206 Garrison Avenue, Fort Smith, Arkansas 72901.

3. Defendant APPLEBY TRANSPORTATION, LTD. is a foreign company authorized to engage in the trucking industry within the State of Arkansas. Service of process may be made on this Defendant by serving the company's registered agent, Stephen Smith, 1206 Garrison Avenue, Fort Smith, Arkansas 72901.

4. Upon proper service of the Defendants, this Court has jurisdiction and venue is proper.

5.    Plaintiff BOBBY G. LOTT brings this suit to recover for personal injuries sustained by him in a motor vehicle collision with a vehicle operated by JOHN DERENIOWSKI and owned by Defendant APPLEBY TRANSPORTATION. Said collision was proximately caused by Defendant's negligence.

6.    On or about December 20, 2010, Plaintiff BOBBY G. LOTT, LTD. was the right front passenger in a vehicle operated by William Anderson which was traveling East on I-30, near Hope, Hempstead County, Arkansas.    Defendant JOHN DERENIOWSKI was also traveling East on I-30, but some distance behind Plaintiff's vehicle. At one point, Defendant JOHN DERENIOWSKI approached Plaintiff's vehicle while momentarily taking his eyes off the road. Defendant JOHN DERENIOWSKI realized that Plaintiff's vehicle was traveling much slower than Defendant JOHN DERENIOWSKI presumed. Defendant JOHN DERENIOWSKI attempted to avoid colliding with Plaintiff's vehicle by veering toward the shoulder of the road.  Defendant JOHN DERENIOWSKI suddenly and violently struck Plaintiff's vehicle on the right rear side. The unanticipated collision caused serious injuries to Plaintiff BOBBY G. LOTT. In addition, the investigating officer cited Defendant JOHN DERENIOWSKI for following too close.

7.    Plaintiff will show that the acts and/or omissions of negligence of Defendant JOHN DERENIOWSKI, as set out herein, separately and collectively, were the direct and proximate cause of the injuries sustained by Plaintiff.  The acts and omissions of negligence among others are as follows:

(a)    Failing to maintain a proper lookout;

    (b)    Driver inattention; and

    (c)    Failing to timely apply brakes in order to avoid the collision.

Each of these acts and omissions, taken singularly or in combination with others constitutes negligence and was the direct and proximate cause of the injuries sustained by Plaintiff.

8.    At the time of the accident described above, Defendant JOHN DERENIOWSKI was the agent, servant, and employee of Defendant APPLEBY TRANSPORTATION, LTD. and was acting within the course and scope of his authority as such agent, servant, and employee. As such, Defendant APPLEBY TRANSPORTATION, LTD. is vicariously liable under the doctrine of *Respondeat Superior* for all of its agent JOHN DERENIOWSKI's actions.

9.    As a direct result of Defendants' negligence, Plaintiff BOBBY G. LOTT suffered serious injuries to multiple parts of his body, namely to his head, neck, eyes, chest and back. Plaintiff BOBBY G. LOTT was transported to Wadley Regional Medical Center for treatment of his injuries. Plaintiff BOBBY G. LOTT has experienced physical pain and mental anguish in the past and will, in all reasonable probability, continue to do so well into the future by reason of the nature and severity of his injuries. Plaintiff has incurred reasonable medical charges and expenses in the past for necessary medical treatment and will continue to incur medical charges and expenses in the future as a result of his injuries.

10.    By reason of the above and foregoing injuries and damages, Plaintiff meets the minimal jurisdictional requirements of this Court.

11.    Plaintiff demands a trial by jury.

**WHEREFORE,** the Plaintiff prays for judgment in an amount that exceeds the minimum requirements for jurisdiction in federal court based on diversity, for his attorneys fees and costs pursuant to Ark. Code Ann. 16-118-107; that the Defendants be cited to appear and answer herein; that he be awarded past and future medical expenses; that he be compensated for his pain, suffering, and mental anguish; that he be awarded pre-judgment and post-judgment interest at the maximum legal rate provided by law; and that he receive any and all other relief to which he may be justly entitled.

Respectfully submitted,

FLINT & SOYARS, P.C.
2821 Richmond Road
Texarkana, Texas 75503
Telephone: (903) 334-8928
Facsimile: (903) 334-8853

Matthew Q. Soyars
Arkansas Bar No. 2003162
Texas Bar No. 24037534
Bruce A. Flint
Arkansas Bar No. 98100
Texas Bar No. 071501100
**Attorney for Plaintiff**