IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

BOBBY LOTT                                                                                    PLAINTIFF

VS.                                          CASE NO. 12-CV-4097

JOHN DERENIOWSKI and
APPLEBY TRANSPORTATION, LTD.                                              DEFENDANTS

## ORDER

Before the Court is Plaintiff's Motion to Dismiss (ECF No. 15) and Defendants'' Motion to Dismiss. (ECF No. 9). Plaintiff seeks to dismiss the claims against Defendants with prejudice because the parties have entered into a Release and Compromise Settlement Agreement. Upon consideration, the Court finds that good cause for Plaintiff's motion has been shown. Therefore, Plaintiff's motion (ECF No. 15) should be and hereby is **GRANTED**. Defendants' motion (ECF No. 9) is **DENIED AS MOOT**. The Court shall retain jurisdiction over the parties' settlement in this matter.

**IT IS SO ORDERED**, this 25th day of March, 2013.

                                                                        /s/ Susan O. Hickey
                                                                        Susan O. Hickey
                                                                        United States District Judge